In the Matter of GEORGE F. ADAMS et al., Respondents, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant.

Argued April 21, 1942; decided May 28, 1942.

*William C. Chanler, Corporation Counsel* (*Nicholas Bucci, Paxton Blair* and *Arthur H. Kahn* of counsel), for appellant.

*A. Mark Levien* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH. RIPPEY, LEWIS, CONWAY and DESMOND, JJ.